An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SETH E. TRZASKA,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 69004

FILED

NOV 0 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for appointment of counsel, a motion and order for transportation, and a motion for production of documents, pleadings, and tangible property of defendant. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Because no statute or court rule permits an appeal from the aforementioned decision, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

15-33806

cc: Hon. Susan Johnson, District Judge
Seth E. Trzaska
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk